**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 04-7140**

───────────

STEWART L. FIELDS,

Plaintiff - Appellant,

versus

JIM RUBENSTEIN, Commissioner; WILLIAM S.
HANIES, Warden; BILL ESLIE, Associate Warden
of Operations; BOBBY HAMRICK, Medical
Administrator; CLIFFTON HYRE, M.D., O.D.;
CORRECTIONAL MEDICAL SERVICES; JANE DOE;
JOHN DOE,

Defendants - Appellees,

and

WEST VIRGINIA BOARD OF RISKS AND INSURANCES
MANAGEMENT,

Defendant.

───────────

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge. (CA-04-2)

───────────

Submitted:  November 18, 2003        Decided:  November 29, 2004

───────────

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

Steward L. Fields, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stewart L. Fields appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) action and denying several motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Fields v. Rubenstein, No. CA-04-2 (N.D.W. Va. May 28, & June 15, 2004). We grant Fields' motion to dismiss John and Jane Doe as parties to the appeal. We deny Fields' motions for appointment of counsel, injunctive relief and damages, and service of three Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED